| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| FISH & RICHARDSON<br>JOHN P. SCHNURER, SB#<br>12390 EL CAMINO REAL<br>SAN DIEGO, CA 92130 | (858) 678-5070 | |
| ATTORNEY FOR (Name): | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF:

ASUSTEK COMPUTER, INC.

DEFENDANT:

INTERNATIONAL BUSINESS

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: CV08-1168 MEJ |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons;Complaint;Notice of Assignment of Case to a United States Magistrate Judge for Trial;Notice of Trial Assignment to United States Magistrate Judge and Order to file Consent/Request for Reassignment Form;Order Setting Initial Case Management Conference and ADR Deadlines;ECF Registration Information Handout;Welcome to the U.S.D.C. Genaral Information;Case Management Standing Order Magistrate Judge Maria-Elena James;Standing Order RE: Discovery and Dispute Procedures for Cases Assigned or Referred to Mag. Judge Maria-Elena James;Consent to Proceed Before a United States Magistrate Judge;Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;Drop Box Filing Procedures

ON: INTERNATIONAL BUSINESS MACHINES CORPORATION

AT 1209 ORANGE STREET
   WILMINGTON, DE 19801

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
SCOTT LASCALA, - AGENT FOR SERVICE OF PROCESS

ON: 03/03/2008
AT: 12:45 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $87.50
   Registered California process server.
   County:
   Registration No.:
   Diversified Legal Services, Inc.
   4665 Park Blvd
   San Diego, CA 92116
   6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 6, 2008 at _____

Signature: _____
BARRY EVELAND 141273

## PROOF OF SERVICE

Order#: 141273/GProof39