QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Robert W. Stone (SBN 163513)
  robertstone@quinnemanuel.com
  Michael D. Powell (SBN 202850)
  mikepowell@quinnemanuel.com
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

CADWALADER, WICKERSHAM & TAFT LLP
  Christopher A. Hughes (*not yet admitted pro hac vice*)
  Tony V. Pezzano (*not yet admitted pro hac vice*)
  John T. Moehringer (*not yet admitted pro hac vice*)
  James T. Bailey (*not yet admitted pro hac vice*)
One World Financial Center
New York, New York 10281
Telephone: 212.504.6000
Facsimile: 212.504.6666

ADDUCI MASTRIANI & SCHAUMBERG LLP
  V. James Adduci II (*not yet admitted pro hac vice*)
  Michael L. Doane (*not yet admitted pro hac vice*)
  Patricia Larios (*not yet admitted pro hac vice*)
1200 Seventh Street, N.W., Fifth Floor
Washington, DC  20036
Telephone No: 202.467-6300

Attorneys for International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC., and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C08-1168-MEJ<br><br>**IBM'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Local Rule 3-16 |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.
3  By filing this Notice of Interested Parties, IBM does not waive any defenses under Federal
4  Rule of Civil Procedure 12(b).

    Respectfully submitted,

7  DATED:  March 24, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

    By /s/ Michael D. Powell
    Robert W. Stone
    Michael D. Powell

    Attorneys for Defendant International Business Machines Corporation