1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Robert W. Stone (SBN 163513)
2    robertstone@quinnemanuel.com
     Michael D. Powell (SBN 202850)
3    mikepowell@quinnemanuel.com
   555 Twin Dolphin Dr., Suite 560
4  Redwood Shores, California 94065
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100

6  CADWALADER, WICKERSHAM & TAFT LLP
     Christopher A. Hughes (*not yet admitted pro hac vice*)
7    Tony V. Pezzano (*not yet admitted pro hac vice*)
     John T. Moehringer (*not yet admitted pro hac vice*)
8    James T. Bailey (*not yet admitted pro hac vice*)
   One World Financial Center
9  New York, New York 10281
   Telephone: 212.504.6000
10 Facsimile: 212.504.6666

11 ADDUCI MASTRIANI & SCHAUMBERG LLP
     V. James Adduci II (*not yet admitted pro hac vice*)
12   Michael L. Doane (*not yet admitted pro hac vice*)
     Patricia Larios (*not yet admitted pro hac vice*)
13 1200 Seventh Street, N.W., Fifth Floor
   Washington, DC 20036
14 Telephone No: 202.467-6300

15 Attorneys for International Business Machines
   Corporation

16
                      UNITED STATES DISTRICT COURT
17
                     NORTHERN DISTRICT OF CALIFORNIA
18
                          SAN FRANCISCO DIVISION
19

| ASUSTEK COMPUTER, INC., and ASUS COMPUTER INTERNATIONAL, | Case No. C08-1168-MEJ |
|---|---|
| Plaintiff, | |
| vs. | **IBM'S CORPORATE DISCLOSURE STATEMENT** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Federal Rule of Civil Procedure 7.1 |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

76650/2444324.1

Case No. 08-cv-1168-MEJ
CORPORATE DISCLOSURE STATEMENT

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this
2  date, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.
3  By filing this Corporate Disclosure Statement, IBM does not waive any defenses under
4  Federal Rule of Civil Procedure 12(b).

Respectfully submitted,

DATED:  March 24, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  /s/ Michael D. Powell
    Robert W. Stone
    Michael D. Powell

Attorneys for Defendant International Business Machines Corporation