1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Robert W. Stone (SBN 163513)
2    robertstone@quinnemanuel.com
     Michael D. Powell (SBN 202850)
3    mikepowell@quinnemanuel.com
   555 Twin Dolphin Dr., Suite 560
4  Redwood Shores, California 94065
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100

6  CADWALADER, WICKERSHAM & TAFT LLP
     Christopher A. Hughes (*not yet admitted pro hac vice*)
7    Tony V. Pezzano (*not yet admitted pro hac vice*)
     John T. Moehringer (*not yet admitted pro hac vice*)
8    James T. Bailey (*not yet admitted pro hac vice*)
   One World Financial Center
9  New York, New York 10281
   Telephone: 212.504.6000
10 Facsimile: 212.504.6666

11 ADDUCI MASTRIANI & SCHAUMBERG LLP
     V. James Adduci II (*not yet admitted pro hac vice*)
12   Michael L. Doane (*not yet admitted pro hac vice*)
     Patricia Larios (*not yet admitted pro hac vice*)
13 1200 Seventh Street, N.W., Fifth Floor
   Washington, DC  20036
14 Telephone No: 202.467-6300

15 Attorneys for International Business Machines Corporation

16

17                   UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC., and<br>ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION,<br><br>Defendants. | Case No. 3:08-cv-1168 (MEJ)<br><br>**DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  Defendant International Business Machines Corporation respectfully declines to consent to
2  the assignment of this action to a United States Magistrate Judge for trial and disposition, and
3  requests the reassignment of this action to a United States District Judge.

5  DATED: March 25, 2008            QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

                                    By  /s/ Michael D. Powell
                                        Robert W. Stone
                                        Michael D. Powell

                                        Attorneys for Defendant International Business
                                        Machines Corporation