**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**April 1, 2008**

CASE NUMBER:  CV 08-01168 MEJ
CASE TITLE:  ASUSTEK COMPUTER-v-INTERNATIONAL BUSINESS MACHINES

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/1/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                   Entered in Computer 4/1/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                          Transferor CSA