1  Brian R. Nester, nester@fr.com
   Fish & Richardson P.C.
2  1425 K Street, N.W.
   Washington D.C. 20005-3500
3  Telephone: (202) 783-5070
   Facsimile: (202) 783-2331
4
   Attorneys for Plaintiffs
5  ASUSTeK Computer, Inc. and ASUS Computer International

FILED

JG MAR 27 PM 4: 48

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  ASUSTEK COMPUTER, INC., and          Case No. CV 08-1168 MEJ
    ASUS COMPUTER INTERNATIONAL,
12                                       **APPLICATION FOR ADMISSION OF**
                 Plaintiffs,             **BRIAN R. NESTER *PRO HAC VICE***
13
          v.
14
    INTERNATIONAL BUSINESS MACHINES
15  CORPORATION,

16               Defendant.

17

18        Pursuant to Civil L.R. 11-3, Brian R. Nester, an active member in good standing of the bar

19  of the District of Columbia, hereby applies for admission to practice in the Northern District of

20  California on a *pro hac vice* basis representing Plaintiffs Asustek Computer, Inc., and Asus

21  Computer International in the above-entitled action.

22        In support of this application, I certify on oath that:

23        1.    I am an active member in good standing of a United States Court or of the highest

24  court of another State or the District of Columbia, as indicated above;

25        2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

26  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

27  with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

28

                                    1      APPLICATION FOR ADMISSION OF BRIAN R.
                                           NESTER PRO HAC VICE

1    3.    An attorney who is a member of this Court in good standing and who maintains an

2    office within the State of California has been designated as co-counsel in the above-entitled action.

3    The name, address and telephone number of that attorney is:  John P. Schnurer, Fish &

4    Richardson, P.C., 12390 El Camino Real, San Diego, California 92130, Tel: 858-678-5070.

5         I declare under penalty of perjury that the foregoing is true and correct.

6

7    DATED:  2/28/08                          _____

8                                            Brian R. Nester

Nester Pro Hac Vice Appl.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR ADMISSION OF BRIAN R.
NESTER PRO HAC VICE