Andrew C. Warnecke, warnecke@fr.com
Fish & Richardson P.C.
1425 K Street, N.W.
Washington D.C. 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Plaintiffs
ASUSTeK Computer, Inc. and ASUS Computer International

FILED

08 MAR 27 PM 4:49

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC., and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. CV 08-1168 MEJ<br><br>**APPLICATION FOR ADMISSION OF ANDREW C. WARNECKE *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Andrew C. Warnecke, an active member in good standing of the bar of the state of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Asustek Computer, Inc., and Asus Computer International in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

1    3.   An attorney who is a member of this Court in good standing and who maintains an
2  office within the State of California has been designated as co-counsel in the above-entitled action.
3  The name, address and telephone number of that attorney is: John P. Schnurer, Fish &
4  Richardson, P.C., 12390 El Camino Real, San Diego, California 92130, Tel: 858-678-5070.
5    I declare under penalty of perjury that the foregoing is true and correct.

7  DATED: March 17, 2008                    _____
                                             Andrew C. Warnecke

8  10814559.doc