IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC., et al., | No. 08-1168 MMC |
| Plaintiffs,<br>v. | **ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Defendant / | |

Brian R. Nester, an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiffs,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-4.  All papers filed by the attorney shall indicate appearance pro hac vice.  Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

**IT IS SO ORDERED.**

Dated: April 4, 2008

_____
MAXINE M. CHESNEY
United States District Judge