IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Defendant<br>_____/ | No. C-08-1168 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

　　　By order filed April 1, 2008, the instant action was reassigned to the undersigned.

　　　To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiffs to submit, no later than April 18, 2008, a chambers copy of their complaint and attachments thereto.

　　　**IT IS SO ORDERED.**

Dated: April 10, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge