1  John P. Schnurer, SBN 185725, schnurer@fr.com
   Fish & Richardson P.C.
2  12390 El Camino Real
   San Diego, CA 92130
3  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
4
   Attorneys for Plaintiffs
5  ASUSTeK Computer, Inc. and ASUS Computer International

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | ASUSTEK COMPUTER, INC., and          | Case No. CV-08-1168 MMC
   | ASUS COMPUTER INTERNATIONAL,         |
12 |                                      | **CERTIFICATE OF SERVICE OF CASE
   |             Plaintiffs,              | MANAGEMENT CONFERENCE ORDER
13 |                                      | AND STANDING ORDERS FOR CIVIL
   |        v.                            | CASES ASSIGNED TO THE
14 |                                      | HONORABLE MAXINE M. CHESNEY**
   | INTERNATIONAL BUSINESS MACHINES      |
15 | CORPORATION,                         |
   |                                      |
16 |             Defendant.               |

17

18

19

20

21

22

23

24

25

26

27

28

                            1                    CERTIFICATE OF SERVICE

# PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action. On April 17, 2008, I caused a copy of the following document(s):

1. **MANAGEMENT CONFERENCE ORDER; and**

2. **STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

to be served on the interested parties in this action as follows:

V. James Adduci, II (adduci@adduci.com)  
Michael L. Doane (doane@adduci.com)  
ADDUCI, MASTRIANI & SCHAUMBERG LLP  
1200 17th Street, N.W., Fifth Floor  
Washington, D.C. 20036  
Tel: 202-467-6300  

**VIA MAIL**

Counsel for Complainant  
International Business Machines

Christopher A. Hughes  
(christopher.hughes@cwt.com)  
John T. Moehringer (john.moehringer@cwt.com)  
James T. Bailey (james.bailey@cwt.com)  
Tony V. Pezzano (tony.pezzano@cwt.com)  
CADWALADER WICKERSHAM & TAFT LLP  
One World Financial Center  
New York, NY 10281-0006  
Tel: 212-504-6000  

**VIA MAIL**

Counsel for Complainant  
International Business Machines

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on April 17, 2008, at San Diego, California.

Victoria C. Biernacke