| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Christopher A. Hughes
Cadwalader, Wickersham & Taft
One World Financial Center
New York, NY 10281
(212) 504-6000

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ASUSTEK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL,

Plaintiff(s),

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant(s).

CASE NO. C08-CV-1168-MMC

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Christopher A. Hughes, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing International Business Machines in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Robert W. Stone, Quinn Emanuel, 555 Twin Dolphin Dr., Suite 560, Redwood Shores, CA 94065, (650) 801-5000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: MAY 14, 2008

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ASUSTEK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL | CASE NO. C08-CV-1168-MMC |
| Plaintiff(s), v. | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | |
| Defendant(s). | |

Christopher A. Hughes, an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

Cadwalader, Wickersham & Taft, One World Financial Center, New York, NY 10281, (212) 504-6000

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing International Business Machines Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District Judge
Hon. Maxine M. Chesney