UNITED STATES DISTRICT COURT
Northern District of California

ASUSTEK COMPUTER, INC., ASUS
COMPUTER INTERNATIONAL

CASE NO. C08-CV-1168-MMC

Plaintiff(s),

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

James T. Bailey, an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

Cadwalader, Wickersham & Taft, One World Financial Center, New York, NY 10281, (212) 504-6000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing International Business Machines Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 19, 2008

United States District Judge
Hon. Maxine M. Chesney