UNITED STATES DISTRICT COURT

Northern District of California

ASUSTEK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL

CASE NO. C08-CV-1168-MMC

Plaintiff(s),

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John T. Moehringer                                       , an active member in good standing of the bar of the State of New York                                       whose business address and telephone number (particular court to which applicant is admitted) is

Cadwalader, Wickersham & Taft, One World Financial Center, New York, NY 10281, (212) 504-6000

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing International Business Machines Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 19, 2008

*[signature]*

United States District Judge
Hon. Maxine M. Chesney