# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Asustek Computer, Inc.,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>International Business Machines Corporation,<br><br>　　　　　　Defendant(s). | 08-01168 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
08-01168 MMC                          -1-

(415-522-4112), hand delivery (ADR Program, USDC, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: May 22, 2008

                                    RICHARD W. WIEKING
                                    Clerk
                                    by:     Timothy J. Smagacz

_/s/ Timothy Smagacz_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-01168 MMC                              -2-

PROOF OF SERVICE

Case Name:      Asustek Computer, Inc. v. International Business Machines Corporation

Case Number:    08-01168 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 22, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> John P. Schnurer
> Fish & Richardson P.C.
> 12390 El Camino Real
> San Diego, CA 92130
> schnurer@fr.com
>
> Brian R. Nester
> Fish & Richardson PC
> 1425 K Street, N.W.
> Washington, DC 20005-3500
> nester@fr.com
>
> Andrew C. Warnecke
> Fish & Richardson PC
> 1425 K Street, N.W.
> Washington, DC 20005-3500
> warnecke@fr.com
>
> Cheng C Ko
> Fish and Richardson PC

123390 El Camino Real
San Diego, CA 92130
ko@fr.com

Ryan P. O'Connor
Fish & Richardson PC
12390 El Camino Real
San Diego, CA 92130
oconnor@fr.com

Michael D. Powell
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065
mikepowell@quinnemanuel.com

Robert William Stone
Quinn Emanuel Urquhart Oliver & Hedges
555 Twin Dolphin Drive
Suite 560
Redwood Shores, Ca 94065
robertstone@quinnemanuel.com

Christopher A. Hughes
Cadwalader Wickersham & Taft
One World Financial Center
New York, NY 10281

James T. Bailey
Cadwalader Wickersham & Taft
One World Financial Center
New York, NY 10281

Tony V. Pezzano
Cadwalader Wickersham & Taft
One World Financial Center
New York, NY 10281

John T. Moehringer
Cadwalader Wickersham & Taft
One World Financial Center
New York, NY 10281

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 22, 2008 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

        */s/ Timothy Smagacz*
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov