1  John P. Schnurer, SBN 185725, schnurer@fr.com
   Cheng Ko, SBN 244630, ko@fr.com
2  Ryan P. O'Connor, SBN 253596, oconnor@fr.com
   Fish & Richardson P.C.
3  12390 El Camino Real
   San Diego, CA 92130
4  Telephone:  (858) 678-5070
   Facsimile:  (858) 678-5099
5
   Brian R. Nester, *Pro Hac Vice*, nester@fr.com
6  Fish & Richardson P.C.
   1425 K Street N.W., 11th Floor
7  Washington, DC 20005-3500
   Telephone:  (202-783-5070
8  Facsimile:   (202) 783-2331

9  Attorneys for ASUSTeK Computer, Inc.
   and ASUS Computer International

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

| 14 | ASUSTEK COMPUTER, INC., and ASUS COMPUTER INTERNATIONAL, | Case No. C08-1168-MMC |
|---|---|---|
| 15 | | **JOINT STIPULATION TO FILE JOINT CASE MANAGEMENT STATEMENT ON MAY 30, 2008** |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| 19 | Defendant. | |
| 20 | | |
| 21 | AND RELATED COUNTERCLAIMS. | |

22    WHEREAS ASUSTeK Computer, Inc. and Asus Computer International (collectively

23 "ASUS") and IBM understand the Court ordered that a Joint Case Management Statement be filed

24 and served not later than seven days before the Scheduling Conference set for June 6, 2008.

25    WHEREAS ASUS and IBM also understand the Court Docket Sheet entry for April 15,

26 2008 (Item #16) indicates that the Statement is due May 30, 2008.

27

28

1      To resolve any confusion as to when the Joint Case Management Statement is to be filed
2  and served depending on whether calendar or court days are applied, the parties stipulate and agree
3  that the Joint Case Management Statement shall be filed and served on May 30, 2008.

4

5  DATED:  May 27, 2008            FISH & RICHARDSON P.C.

6

7                                  By: _____
                                       John P. Schnurer
8                                      schnurer@fr.com

9                                  Attorneys for ASUSTeK Computer, Inc. and
                                   ASUS Computer International
10

11 DATED:  May 27, 2008            QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP
12

13                                 By: _____
                                       Jeffrey Boozell
14                                     jeffboozell@quinnemanuel.com

15                                 Attorneys for
                                   International Business Machines Corporation
16

17

18 10836087- stip to May 30 (2) (3).doc

19

20

21

22

23

24

25

26

27

28

                                              2                                            Case No. C08-1168-MMC
STIP TO FILE JOINT CASE MANAGEMENT
STATEMENT ON MAY 30, 2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 27, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Fed. R. Civ. P. 5(b)(3). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:     May 27, 2008          Respectfully submitted,

                                 By: _____
                                     John P. Schnurer
                                     schnurer@fr.com

                                 Attorneys for AsusTeK Computer, Inc. and
                                 ASUS Computer International

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC., and<br>ASUS COMPUTER INTERNATIONAL,<br><br>          Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION,<br><br>          Defendant. | Case No. C08-1168-MMC<br><br>**[PROPOSED ORDER] GRANTING JOINT STIPULATION FOR PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT ON MAY 30, 2008** |

The Court, having considered the Joint Stipulation for Parties to File Joint Case Management Conference Statement on May 30, 2008 submitted by the parties, and finding good cause to support it, finds that the Joint Stipulation should be granted.

**IT IS HEREBY ORDERED THAT:**

(1)   The parties may file the Joint Case Management Statement on May 30, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____        _____
                                        Hon. Maxine M. Chesney
                                        United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 27, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                          s/ John P. Schnurer
                                          John P. Schnurer
                                          schnurer@fr.com
                                          Attorneys for Plaintiffs

10836093.doc