UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC., and<br>ASUS COMPUTER INTERNATIONAL,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION,<br><br>　　　　　　　Defendant. | Case No. C08-1168-MMC<br>　　　　　　　　　　RE:<br>[PROPOSED ORDER] GRANTING JOINT<br>STIPULATION FOR PARTIES TO FILE<br>JOINT CASE MANAGEMENT<br>STATEMENT ON MAY 30, 2008 |

The Court, having considered the Joint Stipulation for Parties to File Joint Case Management Conference Statement on May 30, 2008 submitted by the parties, and finding good cause to support it, finds that the Joint Stipulation should be granted.

**IT IS HEREBY ORDERED THAT:**

(1)　The parties ~~may~~ shall file the Joint Case Management Statement ~~on~~ no later than May 30, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 29, 2008

　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　Hon. Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　United States District Court Judge