UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ASUSTEK COMPUTER, INC. and
ASUS COMPUTER INT'L,
          Plaintiff(s),

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION
          Defendant(s).
_____/

Case No. C08-1168-MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 29, 2008

Dated: 5-29-08

[Party] Vincent Hong, General Counsel, Asustek
ASUSTEK COMPUTER, INC.
and ASUSTEK COMPUTER INT'L Computer Inc.

[Counsel] JOHN P. SCHNURER
FISH & RICHARDSON P.C.
ATTORNEYS FOR PLAINTIFFS
ASUSTEK COMPUTER, INC.
and ASUSTEK COMPUTER
INTERNATIONAL

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 30, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Fed. R. Civ. P. 5(b)(3). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:     May 30, 2008

By:   /s/ John P. Schnurer
      John P. Schnurer

      Attorneys for Plaintiffs and Counter-Defendants ASUSTeK Computer, Inc. and ASUS Computer International