UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ASUSTEK COMPUTER, INC. and
ASUS COMPUTER INT'L.
        Plaintiff(s),

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,
        Defendant(s).

Case No. c08-1168-MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: JUNE 3, 2008

[Party] International Business Machines Corporation

Dated: JUNE 3, 2008

[Counsel] Christopher A. Hughes
Cadwalader, Wickersham & Taft LLP
Attorneys for Plaintiffs
International Business Machines Corporation