**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: 6/6/08

E-filing

C- 08 - 1168 -MMC (MED)

ASUSTEK COMPUTER INC.  v  INTL BUSINESS MACHINES

Attorneys: John Schnurer        Christopher Hughes
           Brian Nester         Robert Stone

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**                                    **RULING:**

1. _____    _____

2. _____    _____

3. _____    _____

4. _____    _____

                                     INITIAL
( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Request to bifurcate discovery - DENIED.

* Joint statement due by 2/20/09.

(✓) ORDER TO BE PREPARED BY: Plntf ✓  Deft___ Court___ (by 6/18/08)
    (AMENDED PROPOSED ORDER RE: SCHEDULING PRETRIAL AND TRIAL DATES)
( ) Referred to Magistrate For:_____
         ( )By Court
(✓) CASE CONTINUED TO 2/27/09 @ 10:30 for FURTHER STATUS CONFERENCE

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for ____ days
                    Type of Trial: ( )Jury  ( )Court
Notes: _____
_____