# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York  London  Charlotte  Washington  Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

June 18, 2008

**FILED ELECTRONICALLY/
HAND DELIVERED TO CHAMBERS**
The Honorable Maxine M. Chesney
United States District Judge
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

re:  ASUSTek Computer, Inc., ASUS Computer International, Plaintiffs/Counter-Defendants v. International Business Machines Corporation, Defendant/Counter-Plaintiff
Case No. C08-CV-1168-MMC

Dear Judge Chesney:

   I write on behalf of Defendant/Counterclaim-Plaintiff IBM in submitting a counter-proposed Scheduling Order for your Honor's consideration.

   Following the June 6, 2008 Case Management Conference, the parties attempted to reach agreement on an amended pre-trial schedule which reflects the Court's comments concerning the parties' different schedules set forth in the Joint Case Management Statement and Proposed Order ("CMS") submitted May 31, 2008. Unfortunately, the parties could not agree on an amended schedule and seem to have different impressions of the Court's directions given at the June 6 conference.

   As reflected in IBM's proposed schedule, IBM believes the Court asked that the new schedule would be based on plaintiffs' originally proposed schedule in the CMS, but suggested that the schedule be shortened to set trial in Summer 2010 by reducing some of the time intervals set out in the original proposed schedule. For example, we believe the Court indicated that, for scheduling purposes, the date for issuing the Claim Construction Ruling (item o.) could be set for 30 days after the Claim Construction Hearing (item n.); and the interval between the willfulness/counsel-opinion deadline (item s.) and the designation of experts (item t.) could also be shortened.

The Honorable Maxine M. Chesney
June 18, 2008

       IBM's proposed schedule tracks plaintiffs' original schedule through the claim construction hearing (item n.), but also reflects the foregoing two shortened time intervals (as well as a very small contraction of the deadline for completing fact discovery (item u.) and the time intervals between completing expert discovery (item x.) and filing dispositive motions (item y.) and between the dispositive-motion hearing (item z.) and the Joint Pre-trial Conference Statement (item aa.)). As a result, IBM's proposed schedule sets a target date for trial of July 5, 2010, whereas plaintiffs' proposed trial date is October 5, 2010 – only two months earlier than their originally proposed trial date.

       We regret any added burden that consideration of IBM's counter-proposed schedule might place on the Court. However, we would be willing to participate in a brief conference call to discuss the parties' different schedules if it would help the Court resolve the schedule.

                                             Respectfully submitted,

                                             Christopher A. Hughes

cc:    counsel of record

1 | Robert W. Stone (SBN 163513), robertstone@quinnemanuel.com
  | Michael D. Powell (SBN 202850), mikepowell@quinnemanuel.com
2 | Quinn Emanuel Urquhart Oliver & Hedges, LLP
  | 555 Twin Dolphin Dr., Suite 560
3 | Redwood Shores, CA 94065
  | Telephone: (650) 801-5000
4 | Facsimile: (650) 801-5100

5 | Christopher A. Hughes, *pro hac vice*, christopher.hughes@cwt.com
  | Tony V. Pezzano, *pro hac vice*, tony.pezzano@cwt.com
6 | John T. Moehringer, *pro hac vice*, john.moehringer@cwt.com
  | James T. Bailey, *pro hac vice*, james.bailey@cwt.com
7 | Cadwalader, Wickersham & Taft LLP
  | One World Financial Center
8 | New York, NY 10281
  | Telephone: (212) 504-6000
9 | Facsimile: (212) 504-6666

10 | V. James Adduci II, (*not yet admitted pro hac vice*)
   | Michael L. Doane (*not yet admitted pro hac vice*)
11 | Patricia Larios (*not yet admitted pro hac vice*)
   | Adduci Mastriani & Schaumberg LLP
12 | 1200 Seventeeth Street, N.W., Fifth Floor
   | Washington, DC 20036
13 | Telephone: (202) 467-6300

14 | Attorneys for Defendant and Counterclaim-Plaintiff International Business Machines Corporation

15 |

16 |                    UNITED STATES DISTRICT COURT

17 |                   NORTHERN DISTRICT OF CALIFORNIA
   |                        (SAN FRANCISCO DIVISION)
18 |

19 | ASUSTEK COMPUTER, INC., ASUS         | Case No. C08-CV-1168-MMC
   | COMPUTER INTERNATIONAL,              |
20 |                                      |
   |        Plaintiffs/Counter-Defendants,| **[IBM COUNTER-PROPOSED]**
21 |   v.                                 | **AMENDED SCHEDULE AND PROPOSED**
   |                                      | **ORDER**
22 | INTERNATIONAL BUSINESS MACHINES      |
   | CORPORATION,                         |
23 |                                      |
   |        Defendant/Counter-Plaintiff.  |
24 |

25 |

26 |        In accordance with the Court's directive on June 6, 2008, Defendant/Counter-Plaintiff

27 | INTERNATIONAL BUSINESS MACHINES CORPORATION ("IBM") submits its counter-

28 |

Case No. C08-CV-1168-MMC                      1
[IBM Counter-Proposed] Amended Schedule &
Proposed Order
USActive 13182050.1

proposed Amended Schedule and Proposed Order and requests that the Court adopt it as the Scheduling Order for this case. Although Plaintiffs/Counterclaim-Defendants ASUSTeK Computer, Inc. and ASUS Computer International considered this counter-proposed Amended Schedule and Proposed Order, they did not accept it. Therefore, IBM is submitting this Amended Schedule and Proposed Order separately because it believes it comports with the Court's suggestions made at Case Management Conference on June 6, 2008.

| | | |
|---|---|---|
| a. | Case Management Conference | Jun. 6, 2008 10:30 a.m. |
| b. | Disclosure of Asserted Claims and Preliminary Infringement Contentions | Jun. 20, 2008 |
| c. | Preliminary Invalidity Contentions | Aug. 4, 2008 |
| d. | Designate Claim Construction Experts | Jan. 28, 2009 |
| e. | Exchange of Proposed Terms and Claim Elements for Construction | Jan. 28, 2009 |
| f. | Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Feb. 17, 2009 |
| g. | Status Conference | Feb. 27, 2009 10:30 a.m. |
| h. | Joint Claim Construction and Pre-hearing Statement | Mar. 16, 2009 |
| i. | Completion of Claim Construction Discovery | Apr. 15, 2009 |
| j. | Plaintiffs' Opening Claim Construction Briefs | Apr. 30, 2009 |
| k. | Defendant's Responsive Claim Construction Briefs | May 14, 2009 |
| l. | Plaintiffs' Reply Claim Construction Brief | May 25, 2009 |
| m. | Claim Construction Pre-hearing Conference | Jun. 9, 2009 |
| n. | Claim Construction Hearing | Jun. 12, 2009 |

| | | | |
|---|---|---|---|
| 1 | o. | Claim Construction Ruling (Estimated to allow for subsequent dates to be provided) | July 13, 2009 |
| 2 | | | |
| 3 | p. | Last Day to Amend Pleadings | Aug. 14, 2009 |
| 4 | q. | Final Infringement Contentions | Aug. 14, 2009 |
| 5 | r. | Final Invalidity, Contentions | Sept. 2, 2009 |
| 6 | s. | Opinion of Counsel as Defense to Willfulness | Sept. 2, 2009 |
| 7 | t. | Designate Technical Experts | Oct. 1, 2009 |
| 8 | u. | Deadline to Complete Fact Discovery | Oct. 30, 2009 |
| 9 | v. | Deadline for party with the burden of proof to submit expert reports | Nov. 20, 2009 |
| 10 | | | |
| 11 | w. | Deadline for parties to submit responsive expert reports | Dec. 18, 2009 |
| 12 | x. | Deadline to complete expert discovery | Jan. 15, 2010 |
| 13 | y. | Deadline for parties to file dispositive motions | Feb. 1, 2010 |
| 14 | z. | Hearing on Final Dispositive and *Daubert* Motions | March 5, 2010 |
| 15 | | | |
| 16 | aa. | Joint Pretrial Conference Statement and Proposed Order | May 5, 2010 |
| 17 | | | |
| 18 | | | |
| 19 | bb. | File Motions in Limine | May 5, 2010 |
| 20 | | | |
| 21 | | | |
| 22 | cc. | Provide Copies of Exhibits to Other Parties and Stipulation re Admissibility of Exhibits for presentation at Pretrial Conference | May 5, 2010 |
| 23 | | | |
| 24 | dd. | File Joint Set of Agreed Upon Jury Instructions and Individual Sets of Instructions not agreed upon and Objections | May 5, 2010 |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

| | | |
|---|---|---|
| ee. | File Joint Preliminary Statement and/or Preliminary Instructions (for the jury) | May 14, 2010 |
| ff. | File Opposition to Motions in Limine | May 14, 2010 |
| gg. | File List of Exhibits with Stipulations and Objections | May 20, 2010 |
| hh. | File list of Objections to Other Evidence | May 20, 2010 |
| ii. | File Proposed Jury Voir Dire and Proposed Form of Verdict | May 20, 2010 |
| jj. | Pretrial Conference | May 21, 2010 |
| kk. | Pretrial Disclosures | June 1, 2010 |
| ll. | Objections to Pretrial Disclosures | June 18, 2010 |
| mn | Provide Exhibits to Court | July 5, 2010 |
| nn. | Trial | July 5, 2010 |

IBM reserves their right to request that the schedule be amended due to changes occurring in the course of the case.

1  Dated:   June 18, 2008

_____
Attorney for International Business Machines Corporation

## AMENDED SCHEDULING ORDER

The Amended Schedule and Proposed Order is hereby adopted by the Court as the Scheduling Order for the case and the parties are ordered to comply with this Order.

Dated:_____

_____
The Honorable Maxine M. Chesney
United States District Judge