| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: | |

V. James Adduci, II, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, NW, Fifth Floor
Washington, DC 20036
(202) 467-6300

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASUSTeK COMPUTER, INC., ASUS
COMPUTER INTERNATIONAL,

        Plaintiff(s),

    v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

        Defendant(s).

CASE NO. C08-CV-1168-MMC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, V. James Adduci, II, an active member in good standing of the bar of District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing International Business Machines in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Robert W. Stone, Quinn Emanuel, 555 Twin Dolphin Dr., Ste. 560, Redwood Shores, California 94065 (650) 801-5000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2008

V. James Adduci, II

UNITED STATES DISTRICT COURT

Northern District of California

ASUSTeK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL,

Plaintiff(s),

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant(s).

CASE NO. C08-CV-1168-MMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

V. James Adduci, II                         , an active member in good standing of the bar of

District of Columbia                        whose business address and telephone number

(particular court to which applicant is admitted)

is

Adduci, Mastriani & Schaumberg LLP, 1200 Seventeenth Street, NW, Fifth Floor, Washington, DC 20036 (202) 467-6300.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District     Judge