UNITED STATES DISTRICT COURT
Northern District of California

ASUSTeK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL,

Plaintiff(s),

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant(s).

CASE NO. C08-CV-1168-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

V. James Adducci, II , an active member in good standing of the bar of District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is Adduci, Mastriani & Schaumberg LLP, 1200 Seventeenth Street, NW, Fifth Floor, Washington, DC 20036 (202) 467-6300.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 25, 2008

_____
United States District Judge