1  Robert W. Stone (SBN 163513), robertstone@quinnemanuel.com
   Michael D. Powell (SBN 202850), mikepowell@quinnemanuel.com
2  Quinn Emanuel Urquhart Oliver & Hedges, LLP
   555 Twin Dolphin Dr., Suite 560
3  Redwood Shores, CA 94065
   Telephone: (650) 801-5000
4  Facsimile: (650) 801-5100

5  Christopher A. Hughes, *pro hac vice*, christopher.hughes@cwt.com
   Tony V. Pezzano, *pro hac vice*, tony.pezzano@cwt.com
6  John T. Moehringer, *pro hac vice*, john.moehringer@cwt.com
   James T. Bailey, *pro hac vice*, james.bailey@cwt.com
7  Cadwalader, Wickersham & Taft LLP
   One World Financial Center
8  New York, NY 10281
   Telephone: (212) 504-6000
9  Facsimile: (212) 504-6666

10 V. James Adduci II, *pro hac vice*, adduci@adduci.com
   Michael L. Doane (*not yet admitted pro hac vice*)
11 Patricia Larios (*not yet admitted pro hac vice*)
   Adduci Mastriani & Schaumberg LLP
12 1200 Seventeenth Street, N.W., Fifth Floor
   Washington, DC 20036
13 Telephone: (202) 467-6300

14 *Attorneys for Defendant and Counterclaim-Plaintiff International Business Machines Corporation*

15             UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA
17               (SAN FRANCISCO DIVISION)

18 
   ASUSTEK COMPUTER, INC., ASUS          Case No. C08-CV-1168-MMC
19 COMPUTER INTERNATIONAL,

20         Plaintiffs/Counter-Defendants,   **STIPULATION AND [PROPOSED]**
                                            **ORDER TO EXTEND MEDIATION**
21     v.                                   **DEADLINE**

   INTERNATIONAL BUSINESS MACHINES
22 CORPORATION,                            Judge:  Hon. Maxine M. Chesney

23         Defendant/Counter-Plaintiff.

24 

25                        **STIPULATION**

26     **WHEREAS**, the United States District Court for the Northern District of California issued

27 an Order on June 3, 2008 in the matter of *ASUSTeK Computer Inc., Asus Computer International v.*

28

1     *International Business Machines Corporation.*, Case No. C08-CV-1168-MMC, referring this matter

2     to mediation with a deadline for completion by September 2, 2008 (90 days from the date of the

3     order);

4          **WHEREAS**, pursuant to the June 3, 2008 order, the parties' attorneys participated in a

5     telephone conference call with the court-appointed Mediator, Vicki S. Veenker, Esq., pursuant to

6     ADR L.R. 6-6 on July 29, 2008 to discuss the nature, timing, etc., for the mediation in this case;

7

8          **WHEREAS**, in accordance with the procedural schedule set forth by Judge Theodore Essex

9     in the parties' related pending action before the International Trade Commission ("ITC")

10    (Investigation No. 337-TA-628), the third and final ITC-ordered settlement conference is scheduled

11    to be completed by September 12, 2008;

12          **WHEREAS**, because the dates for completing the mediation in this action and having the

13    final settlement conference in the ITC matter are only ten days apart, the parties have agreed,

14    subject to this Court's approval, to consolidate the court-ordered mediation in this case and the ITC-

15    mandated settlement conference in the related ITC action into an in-person session to be held on

16    September 9, 2008 in San Francisco, one week from the mediation completion deadline originally

17

18    set by this Court;

19          **WHEREAS**, the Mediator in this case, Vicki S. Veenker, Esq., has endorsed the parties'

20    proposal to enlarge the period for satisfying the court-ordered mediation requirement in this case so

21    that a mediation session can be conducted on September 9, 2008;

22          **WHEREAS**, the parties believe that the requested enlargement of time to complete

23    mediation in this case would be an efficient and streamlined use of time and resources for all those

24    involved, and would not have any effect on the pre-trial scheduling order in this case;

25

26          **WHEREAS**, there has not been any previous request to enlarge the period for completing

27    the required mediation in this case.

28

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, between the

parties that the September 2, 2008 mediation deadline shall be extended to and including September

10, 2008.

**IT IS SO STIPULATED BETWEEN PARTIES.**

By: _____
Christopher A. Hughes
Tony V. Pezzano
John T. Moehringer
James T. Bailey
CADWALADER, WICKERSHAM
& TAFT LLP
One World Financial Center
New York, New York  10281-0006
Telephone No.:  (212) 504-6000
Facsimile No.:  (212) 504-6666

*Counsel for Defendant International
Business Machines Corporation*

Dated:  August *18*, 2008

By: _____
John P. Schnurer
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Counsel for Plaintiffs/Counter-
Defendants ASUSTeK Computer,
Inc. and ASUS Computer
International*

Dated:  August *14*, 2008

1

2                          UNITED STATES DISTRICT COURT

3                        NORTHERN DISTRICT OF CALIFORNIA
                              (SAN FRANCISCO DIVISION)
4

5    ASUSTEK COMPUTER, INC., ASUS            Case No. C08-CV-1168-MMC
     COMPUTER INTERNATIONAL,
6
              Plaintiffs/Counter-Defendants,  **[PROPOSED] ORDER TO EXTEND
7       v.                                    MEDIATION DEADLINE**

8    INTERNATIONAL BUSINESS MACHINES          Judge:   Hon. Maxine M. Chesney
     CORPORATION,
9
              Defendant/Counter-Plaintiff.
10

11

12        **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT** the September 2, 2008

13   mediation deadline is extended to and including September 10, 2008.

14

15   Dated:

16                                           _____
                                             The Honorable Maxine M. Chesney
17                                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28
     Case No. C08-CV-1168-MMC                    4
     STIPULATION AND [PROPOSED] ORDER TO
     EXTEND MEDIATION DEADLINE

**PROOF OF SERVICE**

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, CA 92130. I am over the age of 18 and not a party to the foregoing action. On August 14, 2008, I caused a copy of the following document(s):

1.  **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**

to be served on the interested parties in this action as follows:

| | |
|---|---|
| U.S. District Court - ADR Unit<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102<br>Tel: 415-522-2199<br>Email: ADR@cand.uscourts.gov | **VIA EMAIL and<br>OVERNIGHT DELIVERY** |
| Vicki S. Venker, vvenker@shearman.com<br>Shearman & Sterling LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Tel: 650-838-3763 | **VIA EMAIL and<br>OVERNIGHT DELIVERY** |
| Robert William Stone (robertstone@quinnemanuel.com)<br>Michael D. Powell (mikepowell@quinnemanuel.com)<br>Tun-Jen Chiang (tjchiang@quinnemanuel.com)<br>Quinn Emanuel Urquhart Oliver & Hedges<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>Tel: 650-801-5000<br>Fax: 650-801-5100 | **VIA E-MAIL**<br><br>Counsel for Defendant and<br>Counter-Claimant<br>International Business Machines |
| Christopher A. Hughes (christopher.hughes@cwt.com)<br>John T. Moehringer (john.moehringer@cwt.com)<br>James T. Bailey (james.bailey@cwt.com)<br>Tony V. Pezzano (tony.pezzano@cwt.com)<br>CADWALADER WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY 10281-0006<br>Tel: 212-504-6000 | **VIA E-MAIL**<br><br>Counsel for Defendant and<br>Counter-Claimant<br>International Business Machines |
| V. James Adduci, II (adduci@adduci.com)<br>Adduci Mastriani &Schaumberg LLP<br>1200 Seventeenth Street, NW, Fifth Floor<br>Washington, DC 20036<br>Tel: 202-467-6300 | **VIA E-MAIL**<br><br>Counsel for Defendant and<br>Counter-Claimant<br>International Business Machines |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on August 14, 2008, at San Diego, California.

_____
Victoria C. Biernacke