UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ASUSTEK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL,<br><br>    Plaintiffs/Counter-Defendants,<br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counter-Plaintiff. | Case No. C08-CV-1168-MMC<br><br>[PROPOSED] ORDER ~~TO~~ EXTENDING MEDIATION DEADLINE<br><br>Judge:   Hon. Maxine M. Chesney |

Good cause appearing from the parties' ~~PURSUANT TO~~ STIPULATION, IT IS SO ORDERED THAT the September 2, 2008 mediation deadline is extended to and including September 10, 2008.

Dated:  August 19, 2008

_____
The Honorable Maxine M. Chesney
United States District Judge

Case No. C08-CV-1168-MMC                             4
STIPULATION AND [PROPOSED] ORDER TO
EXTEND MEDIATION DEADLINE