# SHEARMAN & STERLING LLP

1080 MARSH ROAD | MENLO PARK | CA | 94025-1022
WWW.SHEARMAN.COM | T +1.650.838.3600 | F +1.650.838.3699

vveenker@shearman.com  
1.650.838.3763

August 29, 2008

<u>Via Email</u>

John P. Schnurer  
Fish & Richardson P.C.  
12390 El Camino Real  
San Diego, CA  92130

Christopher A. Hughes  
Cadwalader, Wickersham & Taft LLP  
One World Financial Center  
New York, NY  10281

Re:   Asustek Computer, Inc. v. International Business Machines Corporation  
<u>Case No. C08-01168 MMC MED</u>

Dear Counsel:

The mediation in the above-referenced case is scheduled for September 9, 2008, at the offices of Shearman & Sterling LLP, 525 Market Street, 15th floor, San Francisco, CA, beginning at 1:00 p.m.  I have arranged for us to be able to stay for however long the mediation is productive.

The deadline for the written statements described in ADR L.R. 6-7 is September 2, 2008.  Please exchange and email or deliver those statements to my office by that date.  Please include any key documents you feel I should read.  As we discussed, I also invite you to submit to me--but not exchange--confidential statements relating, for example, to obstacles to or options for settlement.

Please prepare for the mediation by discussing each of the following items with your client:

- client's interests, not just positions, and how these interests could be met;
- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;

ABU DHABI  |  BEIJING  |  BRUSSELS  |  DÜSSELDORF  |  FRANKFURT  |  HONG KONG  |  LONDON  |  MANNHEIM  |  MENLO PARK
MUNICH  |  NEW YORK  |  PARIS  |  ROME  |  SAN FRANCISCO  |  SÃO PAULO  |  SINGAPORE  |  TOKYO  |  TORONTO  |  WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

John P. Schnurer  
Christopher A. Hughes  
Page 2

August 29, 2008

- strengths and weaknesses of your case; and
- estimated budget to litigate the case through trial.

As also discussed, under ADR L.R. 6-3(b) I will donate my preparation time and the first four hours of the mediation. If the case has not resolved and both parties agree to continue, I will charge the court-set rate of $200 per hour for the next four hours. If the parties would like to continue after eight hours of session time, I will charge my hourly rate of $850.

Due to the complexity of this case, if the mediation submissions warrant and the parties desire that I spend preparation time beyond the couple of hours expected of court-appointed mediators, the Court has authorized me to discuss an agreement in that regard. For example, I could donate the increased preparation time, but begin charging the $200 per hour fee at the commencement of the mediation through the first four hours, at which point I would charge my regular hourly rate. If, when preparing your mediation statements, that becomes of interest, please let me know.

I look forward to working with you and your clients.

Very truly yours,

*Vicki S. Veenker (mj)*

Vicki S. Veenker

VSV:mj

cc: Clerk's Office - ADR Unit  
Alice_Fiel@cand.uscourts.gov  
Brian R. Nester  
Yun (Louise) Lu  
Andrew C. Warnecke  
Cheng Chieh (Jack) Ko  
Ryan P. O'Connor  
Robert W. Stone  
Michael D. Powell  
Tony V. Pezzano  
John T. Moehringer  
James T. Bailey  
V. James Adduci II