United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASUSTEK COMPUTER, INC., et al.,

       Plaintiffs

   v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

       Defendant

———————————————————————/

No. C 08-1168 MMC

**ORDER REFERRING TO MAGISTRATE
JUDGE DEFENDANT'S MOTION TO
COMPEL**

Pursuant to Civil Local Rule 72-1, defendant's "Motion to Compel (1) Production of
Responsive Documents and (2) Complete Responses to Defendant's Interrogatories," filed
October 22, 2008, and all further discovery motions, are hereby REFERRED to a
Magistrate Judge to be heard and considered at the convenience of the assigned
Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice
from the assigned Magistrate Judge's chambers.

The November 26, 2008 hearing noticed before the undersigned is VACATED.

**IT IS SO ORDERED**.

Dated:  October 27, 2008

_____
MAXINE M. CHESNEY
United States District Judge