1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC., and ASUS COMPUTER INTERNATIONAL, <br><br> Plaintiffs/ Counterclaim-Defendants, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | Case No. C08-1168-MMC <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY THE JUNE 30 PRETRIAL PREPARATION ORDER** |

The Court, having considered the Joint Motion To Modify The June 30 Pretrial

Preparation Order submitted by the parties, and finding good cause to support it, finds that the

Joint Motion should be granted.

**IT IS HEREBY ORDERED THAT:**

(1)     The dates of the June 30 Pretrial Preparation Order are modified as follows:

| | Current Date | Proposed Date |
|---|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | February 17, 2009 | April 17, 2009 |
| Further Status Conference Statement Due | February 20, 2009 | April 17, 2009 |
| Further Status Conference | February 27, 2009 | April 24, 2009 |
| Joint Claim Construction and Pre-Hearing Statement | March 16, 2009 | May 18, 2009 |
| Completion of Claim Construction | April 15, 2009 | June 15, 2009 |

1

| Discovery | | |
|---|---|---|
| Plaintiffs' Opening Claim Construction Brief | April 30, 2009 | June 30, 2009 |
| Defendant's Responsive Claim Construction Brief | May 14, 2009 | July 14, 2009 |
| Plaintiffs' Reply Claim Construction Brief | May 26, 2009 | July 27, 2009 |
| ~~Claim Construction Hearing at 9:30 a.m.~~ | ~~June 15, 2009~~ | ~~August 17, 2009~~ |
| Last Day to Amend Pleadings | August 14, 2009 | October 14, 2009 |
| Final Infringement Contentions | August 14, 2009 | October 14, 2009 |
| Final Invalidity Contentions | September 2, 2009 | November 2, 2009 |
| Opinion of Counsel as Defense to Willfulness | September 2, 2009 | November 2, 2009 |

(2) The Claim Construction Hearing is continued from June 15, 2009 to August 24, 2009, at 9:30 a.m.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

DATED:   February 5, 2009

Hon. Maxine M. Chesney
United States District Court Judge

Case No. C08-1168-MMC
[PROPOSED] ORDER GRANTING JOINT MOTION
TO MODIFY THE JUNE 30 PRETRIAL PREPARATION ORDER