IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC., et al., | No. C-08-1168 MMC |
| Plaintiffs, | **ORDER RE: CLAIM CONSTRUCTION HEARING** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Defendant / | |

By separate order filed concurrently herewith, the Court has approved the parties' stipulation to continue the claim construction hearing, and has continued the hearing from June 15, 2009 to August 24, 2009.[1]

Under the Local Rules of Practice for Patent Cases, the parties, in their Joint Claim Construction and Prehearing Statement, are, inter alia, required to identify "the terms whose construction will be most significant to the resolution of the case up to a maximum of 10." See Patent L.R. 4-3(c). The Court hereby informs the parties the Court will construe no more than ten terms in connection with the claim construction hearing, i.e., the terms identified by the parties as the "most significant" pursuant to Patent Local Rule 4-3(c).

**IT IS SO ORDERED.**

Dated: February 5, 2009

MAXINE M. CHESNEY
United States District Judge

_____

[1] The parties' requested date of August 17, 2009 is unavailable.