UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,<br><br>  Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION<br><br>  Defendant/Counterclaim Plaintiff. | CASE NO. C08-1168-MMC (JL)<br><br>[PROPOSED] ORDER DISMISSING ACTION |

WHEREAS, on February 27, 2008, Plaintiffs and Counterclaim Defendants ASUSTeK Computer, Inc. and ASUS Computer International (collectively, "ASUS") commenced this action for declaratory relief against International Business Machines Corporation ("IBM");

WHEREAS, IBM answered ASUS's complaint and asserted counterclaims against ASUS;

WHEREAS, ASUS and IBM have filed a Stipulation of Dismissal with this Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were the subject of the action; and

WHEREAS, upon consideration of the Stipulation, the ~~Curt~~ Court finds that entry of an order dismissing all claims by and between ASUS and IBM is in the interests of justice.

WHEREFORE, THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This action in its entirety, including complaint, answers, and counterclaims, is dismissed with prejudice;

2. Each party shall bear its own attorney's fees and costs and expenses incurred by or on behalf of said party in connection with this action; and

3. All unresolved pending motions in this action if any, between these settling parties are denied as moot.

**SO ORDERED:**

Dated:   October 2 , 2009



UNITED STATES DISTRICT JUDGE